IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JEANETTE ANDERSON, Representative of the ESTATE OF ESTHER LEE WRIGHT,<br><br>Plaintiff,<br><br>v.<br><br>MERCK & CO., INC., and John and Jane Does, as Sales Representatives for MERCK & CO, INC.,<br><br>Defendants. | 05 10947 JLT<br><br>CIVIL ACTION No. _____ |

### RULE 7.3 CORPORATE DISCLOSURE STATEMENT

Per the requirements of Rule 7.3 of the Local Rules of the United States District Court for the District of Massachusetts, Defendant Merck & Co, Inc. ("Merck"), makes the following statements regarding Merck's corporate ownership:

1. Merck is a publicly traded corporation on the New York Stock Exchange.

2. No single company currently owns more than 10% or more of Merck's stock.

MERCK & CO., INC.
By its attorneys:

_____
James J. Dillon (BBO# 124660)
Bradley E. Abruzzi (BBO# 651516)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02110-2600
(617) 832-1000

Dated: May 9, 2005

- 2 -

## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing RULE 7.3 CORPORATE DISCLOSURE STATEMENT was served on May 9, 2005 by regular U.S. mail, upon:

David C. Strouss
Thornton & Naumes, LLP
100 Summer Street, 30th Floor
Boston, MA  02110
**Counsel for Plaintiff Jeanette Anderson, Representative of the Estate of Esther Lee Wright**