IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JEANETTE ANDERSON, Representative of the ESTATE OF ESTHER LEE WRIGHT,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MERCK & CO., INC., and John and Jane Does, as Sales Representatives for MERCK & CO, INC.,<br><br>　　　　　　Defendants. | CIVIL ACTION No. 05-CV-10947-JLT |

**DEFENDANT MERCK & CO., INC.'S MOTION TO
STAY ALL PROCEEDINGS PENDING A TRANSFER DECISION
BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

Defendant Merck & Co., Inc. ("Merck") hereby moves this Court to stay all proceedings in this action pending a ruling from the Judicial Panel on Multidistrict Litigation (the "Panel") on the prospective transfer of the case to *In re VIOXX Products Liab. Litig.* (MDL-1657), the multi-district litigation ("MDL") proceeding that has been established in the Eastern District of Louisiana, in Judge Eldon E. Fallon's session, to coordinate all product liability cases involving alleged health risks from VIOXX® (the "VIOXX® cases").

The case raises legal and factual issues that are the same, in substance, as those of VIOXX® cases brought nationwide and since transferred to Judge Fallon's MDL proceeding for coordination. Pending the Panel's inevitable determination that this case will transfer to the MDL Court, a stay of proceedings is necessary and appropriate to achieve the judicial economies that underlie the MDL statute, 28 U.S.C. § 1407.

For the above stated reasons, and for those advanced in the accompanying Declaration of Bradley E. Abruzzi and Memorandum of Law, Merck requests that the Court grant its motion to

stay all proceedings in this case pending the Panel's ruling on transfer of this case to the MDL Court for coordinated pretrial management.

          Respectfully submitted,

          MERCK & CO., INC.


          _/s/ Bradley E. Abruzzi_
          James J. Dillon (BBO# 124660)
          Bradley E. Abruzzi (BBO# 651516)
          FOLEY HOAG LLP
          155 Seaport Boulevard
          Boston, Massachusetts  02210
          (617) 832-1000

Dated:  May 18, 2005

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

I certify that on May 11, 2005, I spoke with counsel of record Marilyn T. McGoldrick in an effort to resolve the issue raised in this motion. No agreement was reached.

                                                                                 */s/ Bradley E. Abruzzi*

## **CERTIFICATE OF SERVICE**

I certify that on May 18, 2005, I e-filed the foregoing DEFENDANT MERCK & CO., INC.'S MOTION TO STAY ALL PROCEEDINGS PENDING A TRANSFER DECISION BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION, causing a true copy of said filing to be served automatically upon:

David C. Strouss
Thornton & Naumes, LLP
100 Summer Street, 30th Floor
Boston, MA  02110
**Counsel for Plaintiff Jeanette Anderson, Representative of the Estate of Esther Lee Wright**

                                                            */s/ Bradley E. Abruzzi*